**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01484-CV

**PNC MORTGAGE, A DIVISION OF PNC BANK, N.A. SUCCESOR TO NATIONAL CITY BANK AND NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, Appellants**

**V.**

**JOHN HOWARD AND AMY HOWARD, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01559-2010**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 11, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/ DAVID EVANS
   PRESIDING JUSTICE